THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : 3:21-CR-66 |
| | : (JUDGE MARIANI) |
| **RASHAWN HAWARI-RASULULLAH,** | : |
| | : |
| Defendant. | : |

### ORDER

**AND NOW, THIS 15th DAY OF AUGUST 2022**, upon consideration of Defendant Rashawn Hawari-Rasulullah's Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment to the United States Constitution (Doc. 40) and all relevant documents, **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge