THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:21-CR-66 |
| | : (JUDGE MARIANI) |
| RASHAWN HAWARI-RASULULLAH, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS **31ST** DAY OF OCTOBER 2022, upon consideration of the Government's motions in limine and supporting briefs (Docs. 91-93), **IT IS HEREBY ORDERED THAT:**

1. The Government's motion in limine regarding the introduction of evidence pursuant to Federal Rule of Evidence 404(b) is **DENIED WITHOUT PREJUDICE;**

2. The Government's motion in limine to introduce evidence pursuant to Federal Rules of Evidence 609 is **DENIED WITHOUT PREJUDICE;**

3. The Government's motion in limine to introduce evidence that Defendant refused to submit saliva and blood samples pursuant to a warrant is **GRANTED.**

Robert D. Mariani
United States District Judge