THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-66 |
| | : (JUDGE MARIANI) |
| RASHAWN HAWARI-RASULULLAH, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS **31st** DAY OF OCTOBER 2022, upon consideration of Defendant's motions in limine (Docs. 94, 95) and all relevant documents, **IT IS HEREBY ORDERED THAT**:

1. The "Motion in Limine to Exclude Statements . . . of Hearsay Made by Officers Pursuant to Fed. R. Evid. 401, 403, 802" (Doc. 94) is **DENIED WITHOUT PREJUDICE**;

2. The "Motion in Limine to Exclude Firearm (Cobra .380, SN. FS112393) Evidence at Jury Trial Pursuant to Fed. R. Evid. 401, 402, 403, 801" (Doc. 95) is **DENIED WITH PREJUDICE**.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge