THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 3:21-CR-66 |
| | : (JUDGE MARIANI) |
| RASHAWN HAWARI-RASULLUAH, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS **30th** DAY OF NOVEMBER 2022, upon consideration of Defendant's Motion to Dismiss Indictment with Prejudice in Violation of the Sixth Amendment Speedy Trial Right, and the Speedy Trial Act (Doc. 123) and all relevant documents, **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Judge