THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-66 |
| | : (JUDGE MARIANI) |
| RASHAWN HAWARI-RASULULLAH, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 10th DAY OF MARCH 2023, upon consideration of Defendant Rashawn Hawari-Rasulullah's pro se Motion for a Judgment of Acquittal (Doc. 166) and all relevant documents, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge