THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:21-cr-66 |
| v. | : (Judge Mariani) |
| | : |
| RASHAWN HAWARI-RASULULLAH, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, THIS 5th DAY OF APRIL 2023, the Court having considered Defendant Rashawn Hawari-Rasulullah's objections to the Presentence Investigation Report ("PSR") (Doc. 194) as set out in his "Reply to Presentence Investigation Report" (*see* Doc. 195 at 4-8), **IT IS HEREBY ORDERED THAT**:

1. The objections are **OVERRULED**;

2. This matter will be set for sentencing by separate Order.

Robert D. Mariani
United States District Judge